**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dolores Rita Nyce                                              CHAPTER 13
                          Debtor(s)

                                                                       BKY. NO. 21-11067 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                                                            Respectfully submitted,

                                                            /s/ Rebecca Solarz
                                                            Rebecca Solarz
                                                            22 Apr 2021, 10:20:44, EDT

                                                            KML Law Group, P.C.
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106-1532
                                                            (215) 627-1322