Certificate Number: 14912-PAE-DE-035609616

Bankruptcy Case Number: 21-11067



14912-PAE-DE-035609616

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 26, 2021</u>, at <u>3:07</u> o'clock <u>PM EDT</u>, <u>Dolores Nyce</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>April 26, 2021</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>