UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

|  |  |  |
|---|---|---|
| Dolores Rita Nyce | ) | Chapter 13 |
| | ) | |
| | ) | 21-11067 AMC |

**CERTIFICATION OF NO RESPONSE**

I, Albert J. Scarafone, Esquire, counsel for debtor, hereby certify that as of August 2, 2021, I have received no objections by any creditor or party in interest, either verbally or in writing, to my Application For Compensation  in the above-captioned case.

/s/ Albert J. Scarafone
Albert J. Scarafone, Jr., Esq.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
(610) 275-4000