**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| Dolores Rita Nyce | ) | Chapter 13 |
| | ) | |
| | ) | 21-11067 AMC |

## ORDER APPROVING COUNSEL FEE

**AND NOW**, this    day of              , 2021, upon consideration of the Application of Albert J Scarafone, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERED AND DECREED** that the Application is approved in the amount of $4,000.00 and that the balance as stated in the Application, in the amount of $2,500.00, shall be paid to Debtor's counsel as an administrative expense.

BY THE COURT:

**Date: October 21, 2021**

_____
Ashely M. Chan
Bankruptcy Judge
United States Bankruptcy Court