United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11067-amc |
| Dolores Rita Nyce | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 19, 2021 | Form ID: 155 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dolores Rita Nyce, 519 2nd Avenue, Royersford, PA 19468-2210 |
| 14621873 | | Albert J. Scarafone, Esquire, Hill, Friedland & Scarafone, 1717 Swede Road, Suite 200, Blue Bell, PA 19422-3372 |
| 14600450 | + | Citibank N.A., c/o RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 14600452 | + | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14607151 | + | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 14600455 | | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 14611964 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14602299 | + | Quicken Loans, LLC, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14600456 | + | Robert Kline, Esquire, RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 14600458 | + | Superior Cu, PO Box 4519, Carol Stream, IL 60197-4519 |
| 14600460 | + | TD Bank N.A., TD Bank USBC, P.O. Box 1448, Greenville, SC 29602-1448 |
| 14600462 | + | Wells Fargo Bank Na, PO Box 14517, Des Moines, IA 50306-3517 |
| 14607664 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14600451 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 19 2021 23:38:28 | Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14600453 | + | Email/Text: unger@members1st.org | Oct 19 2021 23:28:00 | Members First FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14601558 | + | Email/PDF: cbp@onemainfinancial.com | Oct 19 2021 23:27:23 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14600454 | + | Email/PDF: cbp@onemainfinancial.com | Oct 19 2021 23:27:34 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 14615437 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 19 2021 23:38:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14600457 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 19 2021 23:38:10 | Sears / Cbna, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14600459 | | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2021 23:27:33 | Syncb / Home Design Hi Pjl, C/o PO Box 965036, Orlando, FL 32896-5036 |
| 14616039 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2021 23:27:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14600461 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 19 2021 23:38:09 | The Home Depot / Cbna, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14600463 | + | Email/Text: notices@burt-law.com | Oct 19 2021 23:28:00 | Yale Weinstein, Esquire, Burton Neil & Associates, P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |

TOTAL: 10

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2021 | Form ID: 155 | Total Noticed: 23 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021               Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Dolores Rita Nyce scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Dolores Rita Nyce
     Debtor(s)

Chapter: 13

Bankruptcy No: 21−11067−amc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this October 19, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Ashely M. Chan
                                                 Judge ,
                                                 United States Bankruptcy Court

22 − 9
Form 155