United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dolores Rita Nyce  
    Debtor

Case No. 21-11067-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Nov 03, 2025     Form ID: 138OBJ     Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dolores Rita Nyce, 519 2nd Avenue, Royersford, PA 19468-2210 |
| 14621873 | | Albert J. Scarafone, Esquire, Hill, Friedland & Scarafone, 1717 Swede Road, Suite 200, Blue Bell, PA 19422-3372 |
| 14602299 | + | Quicken Loans, LLC, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14600458 | + | Superior Cu, PO Box 4519, Carol Stream, IL 60197-4519 |
| 14600463 | + | Yale Weinstein, Esquire, Burton Neil & Associates, P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 04 2025 01:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2025 01:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14600450 | + | Email/Text: bknotice@raslavrar.com | Nov 04 2025 01:11:00 | Citibank N.A., c/o RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 14600451 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2025 01:31:44 | Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14600452 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Nov 04 2025 01:11:00 | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14607151 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Nov 04 2025 01:11:00 | Fifth Third Bank N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 14600453 | + | Email/Text: unger@members1st.org | Nov 04 2025 01:11:00 | Members First FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14601558 | + | Email/PDF: cbp@omf.com | Nov 04 2025 01:33:14 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14600454 | + | Email/PDF: cbp@omf.com | Nov 04 2025 01:20:40 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 14615437 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2025 01:20:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14600455 | | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 04 2025 01:11:00 | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 14611964 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 04 2025 01:11:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14600456 | + | Email/Text: bknotice@raslavrar.com | Nov 04 2025 01:11:00 | Robert Kline, Esquire, RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 14600457 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

|  |  |  | |
|---|---|---|---|
|  |  | Nov 04 2025 01:33:08 | Sears / Cbna, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14600459 |  Email/PDF: ais.sync.ebn@aisinfo.com | Nov 04 2025 01:19:54 | Syncb / Home Design Hi Pjl, C/o PO Box 965036, Orlando, FL 32896-5036 |
| 14616039 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2025 01:32:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14600460 | + Email/Text: bankruptcy@td.com | Nov 04 2025 01:11:00 | TD Bank N.A., TD Bank USBC, P.O. Box 1448, Greenville, SC 29602-1448 |
| 14600461 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2025 01:19:24 | The Home Depot / Cbna, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14600462 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 04 2025 01:32:57 | Wells Fargo Bank Na, PO Box 14517, Des Moines, IA 50306-3517 |
| 14607664 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Nov 04 2025 01:19:16 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Dolores Rita Nyce scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | |

District/off: 0313-2                               User: admin                                Page 3 of 3
Date Rcvd: Nov 03, 2025                            Form ID: 138OBJ                            Total Noticed: 25

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138OBJ* (6/24)−doc 39 − 37

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  <br>  Dolores Rita Nyce  <br>  <br> Debtor(s). | )  <br> )  <br> )  <br> )  <br> )  <br> )  <br> ) | Case No. 21−11067−amc  <br>  <br> Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 3, 2025

For The Court

Mohung Wong
Clerk of Court