**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1    Dolores Rita Nyce

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   21-11067 AMC

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 6010

**Date of payment change:**
Must be at least 21 days after date of this notice

12/01/2022

**New total payment:**
Principal, interest, and escrow, if any

$1589.05

| Part 1: | Escrow Account Payment Adjustment |
|---------|-----------------------------------|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $429.14 _____     New escrow payment:   $ 414.74 _____

| Part 2: | Mortgage Payment Adjustment |
|---------|-----------------------------|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $_____     New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---------|----------------------|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:_____

   Current mortgage payment: $_____     New mortgage payment: $ _____

Document ID: 380982cfcb77c0298cd8cd7027887a62343469fddaeb15f6b11d480cabac947

| Debtor(s) | <u>Dolores Rita Nyce</u> | Case number (if known)  21-11067 AMC |
|---|---|---|
| | First Name     Middle Name | Last Name |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*                                            Date     10/21/2022
    Signature
**Print:** Michael Farrington
    21 Oct 2022, 16:48:22, EDT

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701          Market Street, Suite 5000</u>
    Number          Street
    Philadelphia,                                    PA     19106
    City                                              State     ZIP Code

Contact phone   (215) 627–1322          Email  <u>bkgroup@kmllawgroup.com</u>

Document ID: 380982cfcb77c0298cd8cd7027887a62343469fdddaeb15f6b11d480cabac947